IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW P. HAYES, | No. C06-03510 MJJ |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

Pending before the Court is Plaintiff's Motion to Disqualify the City Attorney's Office (Docket No. 60). On June 21, 2007, Magistrate Judge Larson issued a Report and Recommendation ("R&R") (Docket No. 73). The Court has considered the R&R and agrees with the Magistrate Judge's reasoning.[1] Accordingly, the Court **ADOPTS** the R&R and **DENIES** Plaintiff's Motion to Disqualify the City Attorney's Office.

**IT IS SO ORDERED.**

Dated: July 10, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff correctly notes that in *Miller v. Metzinger*, 91 Cal. App. 3d 31 (1979), the Court of Appeal found the trial court improperly granted defendant's motion for summary judgment, and reversed and remanded for further proceedings on the triable issue of fact. Plaintiff also correctly notes that in *Ward v. Superior Court,* 70 Cal.App.3d 23, 29 (1977), the court held that there was no attorney-client relationship between counsel for the County of Los Angeles and the county assessor, and thus counsel was not disqualified from representing a county board member and county employees in litigation against them by the assessor. These corrections, however, do not affect the Court's analysis and Order Adopting the Magistrate Judge's Report and Recommendation.